**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-7285**

———————————

CARL A. THOMAS,

                                        Petitioner - Appellant,

        versus

DAVID A. GARRAGHTY, Chief Warden,

                                        Respondent - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CA-99-927-AM)

———————————

Submitted: March 23, 2000          Decided: March 29, 2000

———————————

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Carl A. Thomas, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carl A. Thomas appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Thomas v. Garraghty, No. CA-99-927-AM (E.D. Va. Aug. 10, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED